Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 6920 | **DATE** | 7/3/2008 |
| **CASE TITLE** | CATALAN,et al vs. RBC MORTGAGE CO. | | |

**DOCKET ENTRY TEXT**

Trial held-jury. . Jury verdict in favor of the Plaintiffs and against Defendant in the amount of $1,100.00 on Plaintiffs' RESPA claim; in favor the Defendant and against Plaintiffs on the Breach of Contract Claim; in favor of the Plaintiffs and against Defendant on Plaintiffs' negligence claim in the amount of $10,000.00; in favor of the Defendant and against Plaintiffs on Plaintiffs' claim that Defendant's conduct was willful and wanton. Jury trial ends. Judgment entered on the jury verdict.

Docketing to mail notices.
*Mail AO 450 form.

00:30

U.S. DISTRICT COURT
CLERK

2008 JUL -3 PM 2: 31

FILED-ENT

| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|